**MILBERG TADLER PHILLIPS GROSSMAN LLP**
A.J. de Bartolomeo (State Bar No. 136502)
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (212) 631-8689
ajdebartolomeo@milberg.com

**EVANS LAW FIRM, INC**.
Ingrid M. Evans (State Bar No. 179094)
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669
Ingrid@evanslaw.com

*Attorneys for Plaintiff*
*Additional attorneys listed on signature block*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISON

| | |
|---|---|
| GERALD B. RHINEHART, an individual, by and through his Power of Attorney SUZANNE VILLANUEVA, and on behalf of similarly situated persons,<br><br>Plaintiffs,<br><br>v .<br><br>GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, a Virginia corporation,<br>Defendant. | Case No. 1:18-cv-01391-LJO-SAB<br><br>**STIPULATION and ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT**<br><br>Assigned to: Chief Judge Lawrence J. O'Neill<br><br>Current Deadline: February 6, 2019<br>New Response Deadline: February 8, 2019 |

IT IS HEREBY STIPULATED by and between Plaintiff Gerald B. Rhinehart ("Plaintiff") and Defendant Genworth Life and Annuity Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, that:

WHEREAS, on January 23, 2019, the Court dismissed Plaintiff's complaint, and ordered a deadline of February 6, 2019 for Plaintiff to file an amended complaint,

WHEREAS, the Parties are engaged in discussions that may bear on the filing of an amended complaint;

THEREFORE, the Parties hereby stipulate to extend the deadline for Plaintiff to file an amended complaint from February 6, 2019 to February 8, 2019.

DATED: February 5, 2018                    Respectfully submitted,

/s/ *A.J. de Bartolomeo*
A.J. de Bartolomeo (State Bar No. 136502)
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (212) 631-8689
ajdebartolomeo@milberg.com

/s/ *Ingrid M. Evans*
Ingrid M. Evans (State Bar No. 179094)
**EVANS LAW FIRM, INC**.
3053 Fillmore Street #236
San Francisco, CA 94123
Phone: (415) 441-8669
Ingrid@evanslaw.com

*Attorneys for Plaintiff*
*Gerald B. Rhinehart*

/s/ *Robert D. Phillips, Jr.*
Robert D. Phillips, Jr. Thomas A. Evans
Steven A. Erkel
**ALSTON & BIRD LLP**
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001

*Attorneys for Defendant Genworth Life and Annuity*
*Insurance Company*

IT IS SO ORDERED.

Dated:   **February 5, 2019**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE